TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 HEARST AVENUE
BERKELEY, CA 94710
(510) 845-3000

Attorneys for Defendant
ANDREA CHEVALIER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 98-00115 TEH |
| Plaintiff, | MODIFIED ORDER EXONERATING BAIL AND FOR RECONVEYANCE OF MORTGAGE DEED |
| vs. | |
| ANDREA CHEVALIER, | |
| Defendant. | |

Judgment having been imposed in this matter, an Order Exonerating Bail having previously been entered on April 11, 2000 (Dkt. No. 56) and good cause appearing, it is hereby ORDERED that the April 11, 2000 order is modified as follows: all liens securing the bond, including the liens in the amount of $400,000 on the property located at 726 Charlestown Beach Road, in the Town of Charlestown, County of Washington, and State of Rhode Island, Map 9, Lot Nos. 28 and 81 are hereby released.

Dated: July 29, 2013

THELTON E. HENDERSON
United States District Judge

1